# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

SANDRA LEMUS,

Plaintiff

V.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:09-v-01146 OWW GSA

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

☐ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

X  DENIED, for the following reasons:

Plaintiff's application demonstrates that she and her spouse have a monthly rental income of approximately $5,000 per month.

ENTER this _____ day of _____July_____, _2009_.

Signature of Judicial Officer

Oliver W. Wanger, U.S. District Court Judge
Name and Title of Judicial Officer

IT IS SO ORDERED.

Dated:    July 6, 2009                /s/ **Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE