# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDRA LEMUS, | ) | 1:09-cv-01146 GSA |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING STIPULATION FOR EXTENSION OF TIME** |
| v. | ) | |
| | ) | (Document 14) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On March 8, 2010, the parties filed a Stipulation to Extend Briefing Schedule. Plaintiff seeks an extension to April 12, 2010, within which to file her opening brief; Defendant seeks an extension to May 12,2 010, within which to file his brief in opposition. (Doc. 14.)

The administrative record was filed November 18, 2009. (Doc. 13.) Thus, Plaintiff's opening brief was due February 22, 2010. Accordingly, this Court will grant Plaintiff an extension of time, *nunc pro tunc*, from February 22, 2010, through to March 8, 2010. Further, in light of the stipulation filed by the parties on March 8, 2010, this Court further grants the following additional extensions of time:

1

1. Plaintiff is granted an extension of time to April 12, 2010, within which to file her opening brief; and

2. Defendant is granted an extension of time to May 12, 2010, within which to file his opposition.

IT IS SO ORDERED.

Dated:   **March 9, 2010**           /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE