1  09BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8985
      Facsimile: (415) 744-0134
7     E-Mail: Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                           **FRESNO DIVISION**

13

14  SANDRA LEMUS,                    )
                                     )   CIVIL NO. 1:09-CV-01146-GSA
15          Plaintiff,               )
                                     )
16        v.                         )   STIPULATION AND ORDER TO EXTEND
                                     )   TIME TO RESPOND TO PLAINTIFF'S
17  MICHAEL J. ASTRUE,               )   OPENING BRIEF
    Commissioner of                  )
18  Social Security,                 )
                                     )
19          Defendant.               )
    _____)

20

21

22      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

23  of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to

24  Plaintiff's opening brief, to allow for Defendant's further review of the case in light of the arguments for

25  remand presented in Plaintiff's brief. Defendant's responsive brief is currently due on May 27, 2010,

26  and the new due date will be June 28, 2010, as the thirtieth day, June 26, 2010, falls on a Saturday.

27  The Court's Scheduling Order shall be modified accordingly.

28  //

                        Respectfully submitted,

Dated: May 20, 2010          */s/ Steven G. Rosales*
                                    (As authorized via e-mail)
                                    STEVEN G. ROSALES
                                    Attorney for Plaintiff

Dated: May 19, 2010          BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Brenda M. Pullin*
                                    BRENDA M. PULLIN
                                    Special Assistant U.S. Attorney

                                    **ORDER**

IT IS SO ORDERED.

    **Dated:**   **May 20, 2010**               **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE