BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8985
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SANDRA LEMUS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:09-CV-01146-GSA<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's opening brief.  The extension is sought because defense counsel was on leave from the office for a period of three weeks, through mid-June, and had several matters arise which required immediate attention upon her return.  In addition, defense counsel has recently been out of the office due to illness.  Defendant's responsive brief is currently due on June 28, 2010, and the new due date will be July 28, 2010.  The Court's Scheduling Order shall be modified accordingly.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: June 29, 2010 | */s/ Steven G. Rosales*<br>(As authorized via e-mail)<br>STEVEN G. ROSALES<br>Attorney for Plaintiff |
| Dated: June 29, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | */s/ Brenda M. Pullin*<br>BRENDA M. PULLIN<br>Special Assistant U.S. Attorney |

### ORDER

IT IS SO ORDERED.

Dated: **June 30, 2010**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE